UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lloyd Nicholson,

    Petitioner,

    v.

Warden, Noble Correctional Institution,

    Respondent.

Case No. 2:19-cv-4745
Judge Michael H. Watson
Magistrate Judge Kimberly A. Jolson

## ORDER

On September 18, 2020, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. ECF No. 19. Although the parties were advised of the right to file objections to the R&R, and of the consequences of failing to do so, no objections have been filed.

The R&R, ECF No. 19, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

    */s/ Michael H. Watson*
    MICHAEL H. WATSON, JUDGE
    UNITED STATES DISTRICT COURT